UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **APRIL FARMER** | * | **NUMBER 2:16-CV-16459** |
|     **Plaintiff** | * | |
| | * | |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| **CECILIA MOUTON, IN HER INDIVIDUAL** | * | |
| **AND OFFICIAL CAPACITY AS THE DIRECTOR** | * | |
| **OF INVESTIGATORS AND EXECUTIVE** | * | |
| **DIRECTOR OF THE LOUISIANA STATE BOARD** | * | |
| **OF MEDICAL EXAMINERS, AND THE** | * | |
| **LOUISIANA BOARD OF EXAMINERS** | * | |
|     **Defendants** | * | |

*******************************************

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Defendants, Cecilia Mouton, in her individual and official capacity as the Director of Investigations and Executive Director of the Louisiana State Board of Medical Examiners ("Dr. Mouton), and the Louisiana Board of Medical Examiners ("LSBME"), who move for summary judgment dismissing all remaining claims of the Plaintiff, April Farmer, for the reasons more fully explained in the accompanying memorandum in support.

{00719081 - v1}  1

Respectfully submitted:

JEFF LANDRY
Attorney General


By: _____/s Gregory C. Fahrenholt_____
**DENNIS J. PHAYER (#10408)**
**GREGORY C. FAHRENHOLT (#28572)**
**BURGLASS AND TANKERSLEY, LLC**
5213 Airline Drive
Metairie, Louisiana 70001
Telephone: (504) 836-0408
Facsimile: (504) 287-0448
Special Assistant Attorneys General

**Attorneys for Defendants,**
**Cecilia Mouton, in her individual capacity and official capacity as the Director of Investigators and Executive Director of the Louisiana State Board of Medical Examiners, and the Louisiana State Board of Medical Examiners**

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that the foregoing has been electronically filed via the Court's CM/ECF filing system on this 10th day of January, 2018, which will provide notice of service to all parties.

/s Gregory C. Fahrenholt