UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| APRIL FARMER | CIVIL ACTION |
| VERSUS | NO. 16-16459 |
| CECILIA MOUTON ET AL. | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## J U D G M E N T

Considering the court's Order and Reasons granting defendants' motion for summary judgment, and acting pursuant to 28 U.S.C. § 636(c);

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, Dr. Cecilia Mouton and the Louisiana State Board of Medical Examiners, and against plaintiff, April Farmer, dismissing plaintiff's claims WITH PREJUDICE, plaintiff to bear all costs of these proceedings.

New Orleans, Louisiana, this __28th__ day of __February__, 2018.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE